IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL G. YACKAMOVICH,<br><br>              Plaintiff,<br><br>v.<br><br>JOHN C. THOMAS, et al.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 17-4085 |

### ORDER

**AND NOW**, this 15th day of February 2022, upon consideration of Defendant Privott's Motion for Summary Judgment (Doc. No. 82), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 88), after a complete review of all pleadings, discovery, affidavits, depositions, and exhibits on file, and in accordance with the Opinion of the Court issued on this date, it is **ORDERED** that Defendant's Motion (Doc. No. 82) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.